1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MYRON A. PAYNE

11            Plaintiff,                    No. 2:12-cv-0243 DAD P

12        vs.

13   MATTHEW CATE, et al.

14            Defendants.             ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  On April 26, 2012, the court granted plaintiff leave to file

18   an amended complaint not to exceed twenty-five pages in length.  This page limitation was

19   imposed by the court because plaintiff's original complaint was 118-pages long.  Plaintiff has

20   now filed an amended complaint of thirty-nine pages in length, along with a motion for leave to

21   exceed the initial page limitation.  That motion will be granted.[1]

22            Plaintiff has also moved the court to reconsider its denial of his motion to appoint

23   counsel and has renewed that motion as well.  Plaintiff makes no showing that his case is

24   _____

25            [1] The court's ruling allowing plaintiff to exceed the page limitation imposed by prior
     order in no way constitutes a ruling on whether plaintiff's first amended complaint passes the
     screening requirement of 28 U.S.C. § 1915A.  The court will issue a separate order analyzing the
26   allegations of the first amended complaint under that statutory requirement.

1  different now than it was when the court denied his first request for counsel.  Therefore both

2  motions will be denied.

3                        Accordingly, IT IS ORDERED that:

4                        1.   The motion (Docket No. 13-1) to exceed the page limitation set by the court's

5  order of April 26, 2012, is granted.

6                        2.   The motions to reconsider (Docket 13-2) and for appointment of counsel (13-

7  3) are denied.

8  DATED: February 6, 2013.

9

10  _____

    DALE A. DROZD

11      UNITED STATES MAGISTRATE JUDGE

12

13  hm
    payn0243.ord

14

15

16

17

18

19

20

21

22

23

24

25

26